**Order entered July 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01763-CV

**CARDIOVASCULAR PROVIDER RESOURCES INC., Appellant**

**V.**

**CHARLES GOTTLICH M.D., Appellee**

On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-08894

## ORDER

We **GRANT** court reporter Sheretta Martin's June 25, 2014 request for extension of time

to file record and **ORDER** the reporter's record be filed no later than July 18, 2014.

/s/     ELIZABETH LANG-MIERS
JUSTICE